## A. N. WEXELBERG v. H. EBERHARDT & Co.

On a trial before a referee, who rendered a judgment on a counter-claim in favor of the defendants, the plaintiff made a motion for a new trial and took no bill of exceptions; but, after the referee's report was filed, made exceptions thereto, which the court overruled and rendered judgment for the amount found due by the referee in favor of the defendants—to all which the plaintiff excepted, but took no bill of exceptions.

*Held*, that there is nothing in the record properly before the Court which can be noticed on error.

*Mallon & Coffey*, for plaintiff.

*Huston & Shunk*, for defendants.

HAGANS, J. This was a suit for damages, for a breach of a contract for a division of the profits of the sale of certain

stoves which the defendants were to manufacture and deliver to the plaintiff. The plaintiff alleged a failure to deliver stoves according to the contract. The defendants denied all the allegations, and alleged, by way of counter-claim, a failure of the plaintiff to receive and sell, whereby they suffered great damages in the loss of patterns, etc., as well as a balance of account for sales that had been made.

The whole cause was referred to H. P. Lloyd, Esq., as a referee, to take testimony and to report his findings of law and fact. After hearing the testimony, which is very voluminous, the referee rendered judgment in favor of the defendants, on the counter-claim, of $2,574.19. The defendants made no motion for a new trial before the referee and took no bill of exceptions. But after the report was filed the plaintiff filed several exceptions to the findings of both law and fact. On motion of defendants these were overruled by the court, and the report was confirmed and judgment entered for the defendants for the amount as stated by the referee. To all which the plaintiff excepted, but took no bill of exceptions.

We are all of opinion that the cause is not properly before us, as there is no bill of exceptions, nor indeed anything which we can notice.

Judgment affirmed.